IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


CAROLYN M. SLATER,

            Plaintiff,

    vs.                                    Civil Action 2:06-CV-825
                                           Judge Sargus
                                           Magistrate Judge King

MICHAEL J. ASTRUE, Commissioner
of Social Security,

            Defendant.


                            ORDER

        On February 6, 2008, the United States Magistrate Judge issued
a *Report and Recommendation* recommending that the decision of the
Commissioner be affirmed and that this action be dismissed.  The parties
were specifically advised of their right to object to the *Report and
Recommendation* and of the consequences of their failure to do so.  There
has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**.
The decision of the Commissioner of Social Security is hereby **AFFIRMED**
and this action is **DISMISSED**.

        The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of
42 U.S.C. §405(g).


2-29-2008
_____                        _____
Date                                 Edmund A. Sargus, Jr.
                                   United States District Judge