AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CAROLYN M. SLATER,**
       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**          **CASE NO. C2-06-825**
**COMMISSIONER OF SOCIAL**    **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                        **MAGISTRATE JUDGE NORAH MCCANN KING**
       **Defendant.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed February 29, 2008, JUDGMENT is hereby entered DISMISSING this action.**

Date: February 29, 2008                JAMES BONINI, CLERK

                                                               */S/ Andy F. Quisumbing*
                                                               (By) Andy F. Quisumbing
                                                                Courtroom Deputy Clerk